# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY ALLEN REILLY,<br><br>Defendant. | CR 24-27-H-BMM<br><br><br>ORDER |

Before the Court is a motion from the United States of America for an order allowing two government witnesses to give testimony at the bench trial by video. Defendant has no objection.

Accordingly,

**IT IS ORDERED** that Leslie Peck and Felicia Pitre are permitted to testify remotely during the May 20, 2025 Bench Trial. The government will contact the Clerk of Court's Office for the ZOOM link.

DATED this 6th day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Courts