# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TRACY ALLEN REILLY,**<br><br>Defendant. | **CR 24-27-H-BMM**<br><br><br>**ORDER** |

The United States' opposed motion to admit certified copies of public records for the purpose of trial, (Doc. 26), is now before the Court.

The government's brief in support of the motion explains that the exhibits the government seeks to admit are public records that are relevant, require no further authentication under Rule 902(1) and (4) of the Federal Rules of Evidence, and are not excluded by the rule against hearsay. (*See* Doc. 27; *see also* Docs. 27-1 (Gov. Ex. 1), 27-2 (Gov. Ex. 2), 27-3 (Gov. Ex. 3)). Accordingly,

IT IS ORDERED that the government's motion to admit certified copies of records for the purpose of trial is GRANTED.

//

//

1

IT IS FURTHER ORDERED that the documents submitted as the Government's Exhibits 1–3, (Docs. 27-1, 27-2, 27-3), are deemed ADMITTED for the purpose of the bench trial on May 20, 2025. No further authentication of the documents shall be required.

DATED this 6th day of May 2025.

_____
Brian Morris, Chief District Judge
United States District Courts