IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-27-H-BMM-JTJ |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| TRACY ALLEN REILLY, | |
| Defendant. | |

## I.    Synopsis

Defendant Tracy Allen Reilly (Reilly) has been accused of violating the conditions of his supervised release. (Doc. 45).   Reilly admitted the alleged violations. Reilly's supervised release should be revoked. Reilly should be sentenced to custody for 3 months with 57 months of supervised release to follow.

**Status**

On May 20, 2025, Reilly was found guilty following a bench trial of the offense of the offense of Failure to Register, in violation of 18 U.S.C. § 2250 (1) as charged in Count 1 of the Indictment. (Doc. 32).  Reilly was sentenced to 18 months of custody, followed by 5 years of supervised release. (Doc. 42).  Reilly's current term of supervised release began on February 13, 2026.

**Petition**

On April 22, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Reilly's supervised release. (Doc. 45). The Petition alleged Reilly violated the conditions of his supervised release by: (1) using marijuana on March 30, 2026; (2) admitting to using marijuana the week prior to April 14, 2026; (3) failing to notify his probation officer about a change in his living arrangements during April of 2026, by traveling to Butte, Montana without permission of his probation officer; and (4) failing to report to his probation officer as instructed on April 14, 2026.

**Initial Appearance**

Reilly appeared before United States Magistrate Kathleen DeSoto on April 24, 2026. (Doc. 47.)  Reilly was represented by counsel. Reilly stated that he had read the Petition and that he understood the allegations against him. Reilly waived his right to a preliminary hearing.  A final revocation hearing was set for April 29, 2026, which was subsequently re-set before this Court for May 5, 2026.

**Revocation Hearing**

Reilly appeared before the Court on May 5, 2026.  The parties consented to proceed with the revocation hearing before the undersigned.  Reilly admitted that he had violated the conditions of supervised release as set forth in the Petition. Reilly's admitted violations, 1-4, are serious and warrant revocation of his supervised release.

**Sentencing hearing**

Reilly appeared before the Court on May 5, 2026.  Reilly' violations are Grade C.  His criminal history category is IV.  Reilly's underlying offense is a Class C felony.  Reilly could be incarcerated for up to 24 months. Reilly could be ordered to remain on supervised release for 60 months, less any custody time imposed.  The United States Sentencing Guidelines call for a term of custody of 6 to 12 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Reilly's supervised release should be revoked.  Reilly should be sentenced to custody for 3 months, with 57 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.    Conclusion

The Court informed Reilly that the above sentence would be recommended to the Chief United States District Judge Brian Morris.  The Court also informed Reilly of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Reilly that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That TRACY ALLEN REILLY has violated the conditions of his supervised release by: (1) using marijuana on March 30, 2026; (2)

using marijuana the week prior to April 14, 2026; (3) failing to notify his probation officer about a change in his living arrangements during April of 2026, by traveling to Butte, Montana without permission of his probation officer; and (4) failing to report to his probation officer as instructed on April 14, 2026.

The Court **RECOMMENDS**:

That the District Court revoke Reilly's supervised release and sentence Reilly to custody for 3 months with 57 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will

make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district court judge may

accept, reject, or modify, in whole or in part, the Findings and Recommendations.

Failure to timely file written objections may bar a de novo determination by the

district court judge and may waive the right to appear and allocute before a district

court judge.

DATED this 6th day of May 2026.

John Johnston
United States Magistrate Judge