# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-24-27-H-BMM** |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| TRACY ALLEN REILLY, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 6, 2026. (Doc. 56.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 5, 2026.  (Doc. 54.) The government accused Tracy Allen Reilly (Reilly) of violating the conditions of his supervised release by: (1) using marijuana on March 30, 2026; (2) admitting to using marijuana the week prior to April 14, 2026; (3) failing to notify his probation officer about a change in his living arrangements during April of 2026, by traveling

to Butte, Montana without permission of her probation officer; and (4) failing to report to his probation officer as instructed on April 14, 2026. (Doc. 45.)

At the revocation hearing, Reilly admitted that he had violated conditions 1-4 as set forth in the Petition. Judge Johnston advised Reilly of his right to appeal and to allocute before the undersigned. (Doc. 54.)

Judge Johnston found that the violations Reilly admitted prove serious and warrants revocation, and recommended that he receive a custodial sentence of 3 months, with 57 months of supervised release to follow.  (Doc. 56.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 56 ) are **ADOPTED IN FULL.  IT IS FURTHis ORDERED** that Tracey Allen Reilly be sentenced to 3 months custody, with 57 months of supervised release to follow.

DATED this 27th day of May 2026.

Brian Morris, Chief District Judge
United States District Courts